AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STATE OF GEORGIA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:26-cv-009

JOHN HARVEY, JR.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's January 21, 2026 Order, the Court remands Defendant's prosecution to the Superior Court of Chatham County, State v. Harvey, No. SPCR22-01495-J2, for all further proceedings.  This case stands closed.

1/21/2026
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020